```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Alexander Otis Matthews</u>

    v.                                         Civil No. 15-cv-00273-JL

<u>Aquila J. Grimes et al</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 18, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: January 7, 2016

cc:   Alexander Otis Matthews, pro se